7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Norma Jeanne Devitt
*Debtor*

*Bankruptcy Case No.*
12–30196–can7

**Norman Rouse**
    Plaintiff(s)

*Adversary Case No.*
13–03010–can

v.

**Andrew Devitt**
    Defendant(s)

## JUDGMENT

   The issues of this proceeding having been duly considered by the Honorable Cynthia A. Norton , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: that judgment be entered against Defendant, Andrew Devitt, for the sum of $5,800.00 plus interest as allowed by law from the date of this judgment.

Ann Thompson
Court Executive

By: /s/ Jamie McAdams
    Deputy Clerk



Date of issuance: 9/6/13

Court to serve